IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                       SOUTHERN DIVISION
                      NO. 7:10-CR-126-BR

UNITED STATES OF AMERICA       )
                               )
         v.                    )
                               )
WILLIAM BANISTER               )


                    **FINAL ORDER OF FORFEITURE**

        WHEREAS, on July 11, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853 and 18 U.S.C. § 982, based upon the defendant pleading guilty to 21 U.S.C. § 846 and 18 U.S.C. §§ 922(g)(1) and 924, and 18 U.S.C. § 1956(a)((1)(B)(i), and agreeing to the forfeiture of the property, to wit:

    (a) $10,000.00 seized from the defendant's residence on May 25, 2010, (b) $9,468.99 seized from William Banister's Bank of America Account (5-26-2010), (c) $3,147.49 seized from William Banister's Bank of America Account #000693156154, (d) $45,000.00 seized from William Banister's Bank of America safety deposit box 453 (5-26-2010), (e) $20,900.00 seized from William Banister's HSBC safety deposit box 202 (6-1-2010), (f) $3,414.08 seized from William Banister's HSBC bank account 647452421 (6-1-2010), (g) $5,000.00 seized from William Banister's Flushing Bank safety deposit box 1099 (6-1-2010), (h) $13,679.25 seized from William Banister's Wachovia bank account (6-8-2010), (i) $2,469.89 seized from William Banister's Wachovia bank account (6-8-2010), (j)

$13,559.63 seized from William Banister's Wachovia bank account (6-8-2010);

AND WHEREAS, the United States published notice of this forfeiture at the [www.forfeiture.gov](http://www.forfeiture.gov) web site for at least 30 consecutive days, between July 15, 2011 and August 13, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions.  Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's July 11, 2011 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.   That the property listed in the July 11, 2011 Preliminary Order of Forfeiture is hereby forfeited to the United States.  That the United States Department of Justice is directed to dispose of the property according to law.

2.   That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets

Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

This 10 November 2011.

```
                              _____
                                     W. Earl Britt
                                     Senior U.S. District Judge
```